IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TYLER M. COPELAND,<br><br>  Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS,<br><br>  Defendant. | Civil Action No.:<br><br>6:20-cv-00057-RSB-CLR |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Withdrawal of Motion to Compel, doc. 39, in which Plaintiff seeks to withdraw his Motion to Compel, doc. 28, as a result of the parties' resolution of a purported discovery dispute.

The Court construes Plaintiff's Notice of Withdrawal as a Motion to Withdraw, and for good cause shown, the Motion to Withdraw Plaintiff's Motion to Compel is **GRANTED**.  Doc. 39.  The Clerk is **DIRECTED** to terminate Plaintiff's Motion to Compel.  Doc. 28.

SO ORDERED this 27th day of October, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA